```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 02416
   DONALD R MEADORS
   TINA M MEADORS                           CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-2553    SSN XXX-XX-6984
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/26/05 and confirmed on 05/05/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  71685.60 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEW CENTURY MORTGAGE COR | CURRENT MORTG | 51438.04 | .00 | 51438.04 |
| NEW CENTURY MORTGAGE COR | MORTGAGE ARRE | 2266.54 | .00 | 2266.54 |
| HYUNDAI MOTOR FINANCE CO | SECURED VEHIC | 8885.00 | 1285.30 | 8885.00 |
| ALLIED ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| DERMATOLOGY LIMITED | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY PHYSICIANS PES | UNSECURED | NOT FILED | .00 | .00 |
| F G TOMASIK MD & ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANGOLD JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| GIANNI DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | 2100.00 | .00 | 210.00 |
| HAND & PLASTIC SURGERY A | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HYUNDAI MOTOR FINANCE CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| IMBS | UNSECURED | NOT FILED | .00 | .00 |
| IMBS | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | 45.00 | .00 | 4.50 |
| JOLIET RADIOLOGY | UNSECURED | 274.00 | .00 | 27.40 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
M M AHSAN SC MD              UNSECURED       NOT FILED            .00          .00
MCI TELECOMMUNICATIONS       UNSECURED       NOT FILED            .00          .00
CONSUMER MARKETS             UNSECURED       NOT FILED            .00          .00
MIDWEST PULMONARY CONSUL     UNSECURED       NOT FILED            .00          .00
NICOR GAS                    UNSECURED          962.51            .00        96.25
OPTIMA MEDICAL ASSOCIATE     UNSECURED       NOT FILED            .00          .00
PELLETTIERI & ASSOC          UNSECURED       NOT FILED            .00          .00
PELLETTIERI & ASSOC          UNSECURED       NOT FILED            .00          .00
PELLETTIERI & ASSOC          UNSECURED       NOT FILED            .00          .00
PELLETTIERI & ASSOC          UNSECURED       NOT FILED            .00          .00
PELLETTIERI & ASSOC          UNSECURED       NOT FILED            .00          .00
PRAIRIE EMERGENCY SERVIC     UNSECURED       NOT FILED            .00          .00
PROVENA ST JOSEPH MEDICA     UNSECURED          957.16            .00        95.72
PROVENA ST JOSEPH MEDICA     UNSECURED       NOT FILED            .00          .00
PROVENA ST JOSEPH MEDICA     UNSECURED       NOT FILED            .00          .00
PROVENA ST JOSEPH MEDICA     UNSECURED       NOT FILED            .00          .00
PROVENA ST JOSEPH MEDICA     UNSECURED       NOT FILED            .00          .00
PROVENA ST JOSEPH MEDICA     UNSECURED       NOT FILED            .00          .00
QUEST DIAGNOSTICS            UNSECURED       NOT FILED            .00          .00
RMCB COLLECTION AGENCY       UNSECURED       NOT FILED            .00          .00
SILVER CROSS HOSPITAL        UNSECURED         1671.10            .00       167.11
SILVER CROSS HOSPITAL        UNSECURED       NOT FILED            .00          .00
SILVER CROSS HOSPITAL        UNSECURED       NOT FILED            .00          .00
SILVER CROSS HOSPITAL        UNSECURED       NOT FILED            .00          .00
SUSAN SCHNEIDER              UNSECURED       NOT FILED            .00          .00
STAR NEWSPAPERS              UNSECURED       NOT FILED            .00          .00
MOORE MD                     UNSECURED       NOT FILED            .00          .00
TRI COUNTY ACCOUNTS          UNSECURED       NOT FILED            .00          .00
TROOPER LODGE 41             UNSECURED       NOT FILED            .00          .00
UNIVERSAL FIDELITY CORP      UNSECURED       NOT FILED            .00          .00
VALLEY VIEW DENTAL CTR       UNSECURED       NOT FILED            .00          .00
HYUNDAI MOTOR FINANCE CO     UNSECURED         1343.73            .00       134.37
BENEFICIAL FINANCE CORPO     UNSECURED             .00            .00          .00
ENT SURGICAL ASSOC           UNSECURED          103.20            .00        10.32
     Summary of disbursements:
----------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 62589.58          .00       7456.70          .00      70046.28
PRINCIPAL PAID     62589.58          .00        745.67          .00      63335.25
INTEREST PAID       1285.30          .00            .00          .00       1285.30
TOTAL PAID         63874.88          .00        745.67          .00      64620.55
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   2700.00 and was paid $    800.00  direct and $   1900.00  through the plan.

The Trustee received $   2892.16 .

Refunds to the Debtor totaled $   2272.89 .

     Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 05/21/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   3
       CASE NO. 05 B 02416 DONALD R MEADORS & TINA M MEADORS
```